Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21155−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Roberta A. Priddy
  15 Muirfield Rd
  Jackson, NJ 08527−2657

Social Security No.:
  xxx−xx−7438

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/30/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 31, 2020
JAN: kmm

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                           Case No. 19-21155-MBK
Roberta A. Priddy                                                Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin               Page 1 of 2            Date Rcvd: Jul 31, 2020
                             Form ID: 148              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
db            #Roberta A. Priddy,    15 Muirfield Rd,    Jackson, NJ 08527-2657
518281437      Buckley Madole, PC,    PO Box 9013,    Addison, TX 75001-9013
518281438      CareCentrix,    PO Box 277947,    Atlanta, GA 30384-7947
518281440      Comenitycapital/grndn,    PO Box 182120,    Columbus, OH 43218-2120
518281439      Comenitycapital/grndn,    Comenity Bank,    PO Box 182125,    Columbus, OH 43218-2125
518281444      McCabe, Weisberg & Conway, LLC,    216 Haddon Ave Ste 201,    Westmont, NJ 08108-2818
518281446     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court: Nissan Motor Acceptanc,     8900 Freeport Parkway,
                Irving, TX 75063-0000)
518281447      Specialized Loan Servicing, LL,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518722705      THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                Greenville, SC 29603-0826
518722706      THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
                Greenville, SC 29603-0826,    THE BANK OF NEW YORK MELLON FKA THE BANK,    P.O. Box 10826,
                Greenville, SC 29603-0826
518313483     +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Jenelle C. Arnold, ALDRIDGE PITE, LL,
                4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
518281448      Visa Dept Store National Bank,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2020 23:47:25      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2020 23:47:21      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518281436     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 31 2020 23:47:51
                Bayview Loan Servicing,    4425 Ponce de Leon Blvd Fl 5,   Coral Gables, FL 33146-1873
518281441      E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2020 23:53:44      Credit One Bank,
                ATTN: Bankruptcy Department,    PO Box 98873,   Las Vegas, NV 89193-8873
518281442      E-mail/PDF: creditonebknotifications@resurgent.com Jul 31 2020 23:54:17      Credit One Bank NA,
                PO Box 98872,   Las Vegas, NV 89193-8872
518281443      EDI: TSYS2.COM Aug 01 2020 03:03:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
518394208      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2020 23:55:01      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518286137      E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 31 2020 23:53:33      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518281445      E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 31 2020 23:53:34      Merrick Bank,
                PO Box 9201,   Old Bethpage, NY 11804-9001
518404610     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 31 2020 23:47:51
                THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,
                4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 31, 2020
                              Form ID: 148             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Roberta A. Priddy bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-31CB) dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jenelle C Arnold    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor bkecfinbox@aldridgepite.com,   jarnold@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2006-31CB) rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```